UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

CLOSED

DATE: 4/10/08 CASE NUMBER: 08-15612M-SD-001

USA vs. Antonio Pulido-Gonzalez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney ______ INTERPRETER Marcia Resler
LANGUAGE Spanish

Attorney for Defendant Brenda Acosta Sandoval (AFPD)
MATERIAL WITNESS(es): ______
MATERIAL WITNESS(es) state true name(s) to be: ______
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA____
☐ Financial Afdvt taken
☐ Rule 5(c)(3)
☐ Initial Appearance
☐ Defendant Sworn
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.
☐ Appointment of counsel hearing held
☐ Financial Afdvt sealed

| | |
|---|---|
| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released ______<br>☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: Waiver of Venue<br>☐ Held ☐ Con't ☐ Reset<br>Set for:<br>Before: |

Other: Government moves to dismiss complaint. Defense has no objection. Court grants motion and dismisses case without prejudice. Case is closed.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 4/8/2008 CASE NUMBER: 08-15612M-SD-001

USA vs. Antonio Pulido-Gonzalez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney ______ INTERPRETER Marcia Resler
LANGUAGE Spanish

Attorney for Defendant Brenda Acosta Sandoval (AFPD)
MATERIAL WITNESS(es): ______
MATERIAL WITNESS(es) state true name(s) to be: ______
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 4/6/08
☐ Financial Afdvt taken
☐ Rule 5(c)(3)
☒ Initial Appearance
☒ Defendant Sworn
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.
☒ Appointment of counsel hearing held
☐ Financial Afdvt sealed

| | |
|---|---|
| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released ______<br>☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: Waiver of Venue<br>☐ Held ☐ Con't ☐ Reset<br>Set for: 4/10/08 at 1:00 pm<br>Before: Magistrate Judge Irwin |

Other: Defendant declines to sign waiver of venue. Defense moves for a continuance. Government has no objection. Court grants motion and sets status hearing.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

4/16

UNITED STATES OF AMERICA
V.
Antonio PULIDO-Gonzalez
Citizen of Mexico
YOB: 1966
091818652
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15612M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about December 15, 2006, near San Ysidro, California in the Southern District of California, Defendant Antonio PULIDO-Gonzalez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Signature of Complainant
Cesar Duarte
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

April 8, 2008 at Yuma, Arizona
Date City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Antonio PULIDO-Gonzalez

Dependents: 5 USC

**IMMIGRATION HISTORY:** The Defendant was removed from the Port of Entry in Otay Mesa, California on September 13, 2006. **The Defendant has been apprehended by the U.S. Border Patrol on six (6) occasions.**

**CRIMINAL HISTORY:**

| **DATE** | **LOCATION** | **OFFENSE** | **DISPOSITION** |
|---|---|---|---|
| **10/29/89** | **San Diego, Ca** | **Vehicle Theft** | **None Listed** |
| **05/28/00** | **San Diego, Ca** | **Warrant DUI/Alcohol/Drugs** | **None listed** |
| **02/10/01** | **San Diego, Ca** | **Battery to Ex Spouse** | **Released/Detention Only Deportation Proceedings** |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Yuma, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on December 15, 2006.

Charges: 8 USC§1325 (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

April 8, 2008

Date

Signature of Judicial Officer